Dismissed and Memorandum Opinion filed August 4, 2005









Dismissed and Memorandum Opinion filed August 4, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00653-CR

NO.
14-05-00654-CR

____________

 

SHAWN CHRISTOPHER LUSTER,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County, Texas

Trial Court Cause Nos. 1014951
& 1008920

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offenses of theft of
service and forgery of a financial instrument. 
In accordance with the terms of plea bargain agreements with the State,
the trial court sentenced appellant on June 7, 2005, to confinement for two years
in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed pro se notices of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 4, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).